# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
# CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE** **2. PLEASE TYPE OR PRINT** **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| In Re Inner City Press | Eastern District of NY | William F. Kuntz, II |
| | Date the Order or Judgment Appealed from was Entered on the Docket: September 3, 2026 | District Court Docket No.: 26-cv-4094 |
| | Date the Notice of Appeal was Filed: | Is this a Cross Appeal? ☐ Yes ☑ No |

**Attorney(s) for Appellant(s):** ☐ Plaintiff ☐ Defendant

Counsel's Name: Address: Telephone No.: Fax No.: E-mail:

Matthew Russell Lee PO Box 130222 NY NY 10013 (718) 716-3540
matthew.lee@innercitypress.com

**Attorney(s) for Appellee(s):** ☐ Plaintiff ☐ Defendant

Counsel's Name: Address: Telephone No.: Fax No.: E-mail:

Counsel for Appellee United States of America:Devon Lash, Esq.United States Attorney's Office, Eastern District of New York271-A Cadman Plaza East, Brooklyn, NY 11201 718-254-6014 Email: devon.lash@usdoj.gov

Counsel for Unnamed Defendant in Underlying Criminal Case (18 CR 277):Robert M.

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously? ☐ Yes ☑ No |
|---|---|---|---|
| Yes | 21 pages | none | If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.: Reporter Citation: (i.e., F.3d or Fed. App.) |

***ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.**

***ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.**

## PART A: JURISDICTION

**1. Federal Jurisdiction**

- ☑ U.S. a party
- ☐ Diversity
- ☑ Federal question (U.S. not a party)
- ☑ Other (specify): First Amendment access to judicial documents

**2. Appellate Jurisdiction**

- ☑ Final Decision
- ☐ Order Certified by District Judge (i.e., Fed . R. Civ. P. 54(b))
- ☐ Interlocutory Decision Appealable As of Right
- ☐ Other (specify): ________________

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

**1. Stage of Proceedings**

☐ Pre-trial
☐ During trial
☐ After trial

No trial

**2. Type of Judgment/Order Appealed**

☐ Default judgment
☐ Dismissal/FRCP 12(b)(1) lack of subject matter juris.
☐ Dismissal/FRCP 12(b)(6) failure to state a claim
☐ Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
☐ Dismissal/28 U.S.C. § 1915(e)(2) other dismissal
☐ Dismissal/other jurisdiction
☐ Dismissal/merit
✔ Judgment / Decision of the Court
☐ Summary judgment
☐ Declaratory judgment
☐ Jury verdict
☐ Judgment NOV
☐ Directed verdict
☐ Other (specify):

**3. Relief**

☐ Damages:
☐ Sought: $ ______
☐ Granted: $ ______
☐ Denied: $ ______

☐ Injunctions:
☐ Preliminary
☐ Permanent
☐ Denied

Unsealing and docketing of 18-cr-277

## PART C: NATURE OF SUIT (Check as many as apply)

**1. Federal Statutes**

☐ Antitrust
☐ Bankruptcy
☐ Banks/Banking
☐ Civil Rights
☐ Commerce
☐ Energy
☐ Commodities
☐ Other (specify): 1st Amendment / Press
☐ Communications
☐ Consumer Protection
☐ Copyright ☐ Patent
☐ Trademark
☐ Election
☐ Soc. Security
☐ Environmental
☐ Freedom of Information Act
☐ Immigration
☐ Labor
☐ OSHA
☐ Securities
☐ Tax

**2. Torts**

☐ Admiralty/ Maritime
☐ Assault / Defamation
☐ FELA
☐ Products Liability
☐ Other (Specify):

**3. Contracts**

☐ Admiralty/ Maritime
☐ Arbitration
☐ Commercial
☐ Employment
☐ Insurance
☐ Negotiable Instruments
☐ Other Specify

**4. Prisoner Petitions**

☐ Civil Rights
☐ Habeas Corpus
☐ Mandamus
☐ Parole
☐ Vacate Sentence
☐ Other

**5. Other**

☐ Hague Int'l Child Custody Conv.
☐ Forfeiture/Penalty
☐ Real Property
☐ Treaty (specify): ______
☐ Other (specify): ______

**6. General**

☐ Arbitration
☐ Attorney Disqualification
☐ Class Action
☐ Counsel Fees
☐ Shareholder Derivative
☐ Transfer

**7. Will appeal raise constitutional issue(s)?**

✔ Yes ☐ No

Will appeal raise a matter of first impression?

✔ Yes ☐ No

1. Is any matter relative to this appeal still pending below? ☐ Yes, specify: ______ ✔ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

   (A) Arises from substantially the same case or controversy as this appeal? ☐ Yes ✔ No

   (B) Involves an issue that is substantially similar or related to an issue in this appeal? ☐ Yes ✔ No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| | | | |

Name of Appellant:

Date: Oct 3, 2026

Signature of Counsel of Record: /s/ Matthew Russell Lee

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $605 docketing fee to the United States District Court or the $600 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.