UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

:

IN RE: INNER CITY PRESS : 26-cv-4094 (WFK)

:

--------------------------------------------------- x

**NOTICE OF APPEAL**

**TO THE UNITED STATES COURT OF APPEALS**

**FOR THE SECOND CIRCUIT**

Notice is hereby given that Interested Party Inner City Press, by its journalist Matthew Russell Lee, appeals to the United States Court of Appeals for the Second Circuit.

Interested Party appeals from the Order of the Hon. William F. Kuntz, II, dated September 3, 2026 [Dkt. No. 15], which Order denied what it defined as Interested Party's application to unseal the criminal case 18-CR-277-WFK pursuant to common law and the First Amendment of the U.S. Constitution.

Dated: September 30, 2026

/s/ Matthew Russell Lee

Matthew Russell Lee
Inner City Press
SDNY Press Room 500 Pearl St NYC NY 10007
Mail to: PO Box 130222, NYC NY 10013
718-716-3540 Matthew.Lee@innercitypress.com