APPEAL

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:26-cv-04094-WFK

In Re: Inner City Press
Assigned to: Judge William F. Kuntz, II
Cause: 28:1331 Fed. Question

Date Filed: 07/08/2026
Date Terminated: 09/03/2026
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**In Re**

**Inner City Press**

**Plaintiff**

**United States of America** represented by **Devon Lash**
DOJ-USAO
271-A Cadman Plaza East
Brooklyn, NY 11201
718-254-6014
Email: devon.lash@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathew Scott Miller**
United States Attorney's Office E.D.N.Y.
271 Cadman Plaza East
Brooklyn, NY 11201
(718)254-6075
Fax: (718)254-6076
Email: mathew.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mr. Robert M. Radick** represented by **Robert M. Radick**
Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
(212) 880-9558
Fax: (646) 831-6979
Email: rradick@maglaw.com
PRO SE

V.

**Defendant**

**John Doe** represented by **Emily Kate Smit**
Morvillo Abramowitz Grand Iason & Anello

P.C.
565 Fifth Avenue
New York, NY 10017
212-880-9570
Fax: 212-856-9494
Email: esmit@maglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Radick**
Morvillo Abramowitz Grand Iason Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017
212-856-9600
Fax: 212-856-9494
Email: rradick@maglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Matthew Russell Lee**
Inner City Press
SDNY Press Room
500 Pearl Street
New York, NY 10007
718-716-3540

represented by **Matthew Russell Lee**
PO Box 130222
Chinatown Station
New York City, NY 10013
718-716-3540
Email: matthew.lee@innercitypress.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2026 | 1 | Exhibit A- Inner City Press Memorandum dated July 7, 2026 filed by Inner City Press. (KAD) (Entered: 07/08/2026) |
| 07/13/2026 | 2 | ORDER: The Court is in receipt of the request from Inner City Press to unseal the criminal case 18-CR-277. ECF No. 1. The Court DIRECTS Plaintiff and Defendant to submit their responses to the request on ECF on or before Tuesday, August 11, 2026, at 5:00 P.M. The Court further DIRECTS Inner City Press to submit its reply, if any, on or before Tuesday, August 25, 2026, at 5:00 P.M. The Clerk of Court is respectfully directed to mail a copy of this Order and an updated copy of the docket report for the above-captioned civil action to Mr. Matthew Russell Lee of Inner City Press. Ordered by Judge William F. Kuntz, II on 7/13/2026. (ENE) (Entered: 07/13/2026) |
| 07/13/2026 | 3 | NOTICE of Appearance by Robert M. Radick on behalf of John Doe (aty to be noticed) (Radick, Robert) (Entered: 07/13/2026) |
| 07/15/2026 | 4 | ORDER: The Court respectfully directs the Clerk of Court to designate Mr. Matthew Russell Lee of Inner City Press (matthew.lee@innercitypress.com) as a recipient of electronic notifications in the above-captioned action. The Clerk of Court is further directed to mail a copy of this Order and an updated copy of the docket report to Mr. Lee. Ordered by Judge William F. Kuntz, II on 7/15/2026. (ENE) (Entered: 07/15/2026) |

| | | |
|---|---|---|
| 08/11/2026 | 5 | Letter *opposing unsealing request* by United States of America (Lash, Devon) (Entered: 08/11/2026) |
| 08/11/2026 | 6 | Letter *Regarding Defendant's Position as to Motion from Inner City Press* by Robert M. Radick (Radick, Robert) (Entered: 08/11/2026) |
| 08/11/2026 | 7 | Letter submitted via Inner City Press on August 11, 2026 by Matthew Russell Lee of Inner City Press-SDNY Press Room. (GLO) (Entered: 08/11/2026) |
| 08/12/2026 | 8 | SCHEDULING ORDER: The Court is in receipt of all responses to the request from Inner City Press to unseal the criminal case 18-CR-277 at ECF No. 1. ECF Nos. 5-7.<br><br>The Court SCHEDULES oral argument on the unsealing request in the above-captioned action for Monday, August 24, 2026, at 12:00 Noon. Oral argument will proceed before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201.<br><br>The Clerk of Court is respectfully directed to mail a copy of this Order and an updated copy of the docket report for the above-captioned civil action to Mr. Matthew Russell Lee of Inner City Press.<br><br>SO Ordered by Judge William F. Kuntz, II on 8/12/2026. (JT) (Entered: 08/12/2026) |
| 08/13/2026 | 9 | ORDER: The Court is in receipt of Mr. Matthew Russell Lee's request to enter the United States Courthouse at 225 Cadman Plaza East, Brooklyn, New York 11201 with his electronic devices for oral argument in the above-captioned action currently scheduled for Monday, August 24, 2026, at 12:00 Noon. The request is DENIED. Ordered by Judge William F. Kuntz, II on 8/13/2026. (GLO) (Entered: 08/13/2026) |
| 08/18/2026 | 10 | ORDER: The parties are instructed to follow the admissions procedures provided by Rule 1.3 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, detailing the application process for attorneys seeking either regular or pro hac vice bar admission status to appear at oral argument. For more info1mation, the Court also directs the parties' attention to the Regular Attorney Admission and Pro Hac Vice Admission sections within the Eastern District of New York website (https://www.nyed.uscourts.govattorneyadmissions). Additionally, the parties are further instructed to follow any applicable procedures provided in the Individual Motion Practices and Rules of Judge William F. Kuntz, II. The Clerk of Court is respectfully directed to mail a copy of this Order and an updated copy of the docket report for the above-captioned civil action to Mr. Matthew Russell Lee ofInner City Press. Ordered by Judge William F. Kuntz, II on 8/18/2026. (ENE) (Entered: 08/18/2026) |
| 08/24/2026 | 11 | ORDER: On August 24, 2026, the Court held oral argument in the above-captioned action. In light of this proceeding, the Court DIRECTS the parties to submit supplemental briefing, if any, on ECF on or before Friday, August 28, 2026, at 5:00 P.M. The Clerk of Court is respectfully directed to mail a copy of this Order and an updated copy of the docket report for the above-captioned civil action to Mr. Matthew Russell Lee, Esq., of Inner City Press. Ordered by Judge William F. Kuntz, II on 8/24/2026. (ENE) (Entered: 08/24/2026) |
| 08/24/2026 | 12 | NOTICE of Appearance by Matthew Russell Lee on behalf of Matthew Russell Lee (aty to be noticed) (Lee, Matthew) (Entered: 08/24/2026) |
| 08/24/2026 | | Minute Entry for proceedings held before Judge William F. Kuntz, II: Civil cause for motion hearing as to In re: Inner City Press, 26-CV-4094 held on August 24, 2026. Case called. AUSA Devon Lash appeared on behalf of the Government. Defense counsel Robert M. Radick present on behalf of the Defendant (not present). Movant Matthew Russell Lee |

| | | |
|---|---|---|
| | | present on behalf of Inner City Press. Case called. Discussion held. The Court DIRECTS the parties to submit supplemental briefing, if any, on ECF on or before Friday, August 28, 2026, at 5:00 P.M. (Court Reporter Nicole Sesta) GLO (Entered: 08/25/2026) |
| 08/28/2026 | 13 | NOTICE by Matthew Russell Lee *Supplemental briefing* (Lee, Matthew) (Entered: 08/28/2026) |
| 08/31/2026 | 14 | Addendum Reference Order. (Attachments: # 1 Cover Sheet , (2) Decision and Order in U.S. v. Patterson, SDNY 26-CR-169 (WFK)(JAM) )(GLO) Modified on 8/31/2026 (GLO). (Entered: 08/31/2026) |
| 09/03/2026 | 15 | DECISION AND ORDER: Before this Court is Matthew Russell Lee's ("Lee") request on behalf of Inner City Press (or "Interested Party") to unseal the criminal case 18-CR-277 pursuant to common law and the First Amendment of the U.S. Constitution. See Ex. A (the "Unsealing Request"), ECF No. 1.1 The Government and the defendant in the sealed criminal case ("Defendant") oppose the request. See Gov't Opp'n to Unsealing Request, ECF No. 5; Def.'s Opp'n to Unsealing Request, ECF No. 6. For the reasons discussed below, the Unsealing Request is DENIED. Ordered by Judge William F. Kuntz, II on 9/3/2026. (GLO) (Entered: 09/03/2026) |
| 09/30/2026 | 16 | NOTICE OF APPEAL by Matthew Russell Lee. Filing fee $ 605, receipt number ANYEDC-20692257. (Attachments: # 1 Exhibit The Order Being Appealed) (Lee, Matthew) (Entered: 09/30/2026) |
| 09/30/2026 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 16 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 09/30/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/06/2026 17:33:45 | | | |
| **PACER Login:** | innercitypress | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:26-cv-04094-WFK |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |