# Inner City Press

October 14, 2026

VIA ACMS

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, NY 10007

Re: Scheduling Notification Pursuant to Local Rule 31.2(a)(1)(A)
In re Inner City Press, No. 26-2758 On Appeal from EDNY 1:26-cv-04094 (WFK) (Kuntz, J.)

Dear Ms. Wolfe:

Pursuant to Second Circuit Local Rule 31.2(a)(1)(A), Appellant Matthew Russell Lee respectfully submits this scheduling notification proposing the following deadline for the filing of his opening brief and joint appendix in the above-referenced appeal.

**Relevant Filing Dates**

- Notice of Appeal filed: September 30, 2026
- Form C and Form D filed: October 5, 2026.
- Transcript received: October 1, 2026 (transcript of August 24, 2026 oral argument)

**Proposed Briefing Schedule**

| Filing | Proposed Deadline |
| --- | --- |
| Appellant's Opening Brief | January 1, 2027 [or 91 days from the Form D filing] |
| Appellee's Brief | Per FRAP 31(a)(1) — 30 days after service of Appellant's brief |
| Appellant's Reply Brief | Per FRAP 31(a)(1) — 21 days after service of Appellee's brief |

Appellant respectfully requests that the Court adopt the foregoing schedule.

Respectfully submitted,

/s/

Matthew Russell Lee
Inner City Press 718-716-3540
matthew.lee@innercitypress.com

cc: All counsel of record (via ACMS)